STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. DAVID BLEEFIELD (JEFF TAYLOR), PLAINTIFF IN ERROR.

Argued May 28, 1935—Decided October 9, 1935.

For the plaintiff in error, *George Pellettieri.*

For the state, *Erwin E. Marshall,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Brogan in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, LLOYD, CASE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.